UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| LARRY BRINSON-SCOTT, | : | VIOLATION: |
| also known as LARRY SCOTT, | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(A)(iii) |
| | : | (Unlawful Possession with Intent to |
| Defendant. | : | Distribute 50 Grams or More of Cocaine |
| | : | Base) |
| | : | 21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) |
| | : | (Unlawful Possession with Intent to |
| | : | Distribute Cocaine) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about April 10, 2008, within the District of Columbia, **LARRY BRINSON-SCOTT, also known as LARRY SCOTT** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

(**Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii))

## COUNT TWO

On or about April 10, 2008, within the District of Columbia, **LARRY BRINSON-SCOTT, also known as LARRY SCOTT** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession with Intent to Distribute Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.